# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 2:15cv828-WHA |
| v. | ) |
| | ) |
| R&L FOODS, LLC and BIG BEAR HOLDINGS, LLC, | )   (wo) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on a Motion for Reconsideration in Light of New Evidence filed by the Defendants (Doc. #43) and a Motion to Dismiss filed by the Plaintiff (Doc. #45).

In his Motion, the Plaintiff states that because the Defendants have fully remediated the architectural barriers at the restaurant at issue in this case, he moves to dismiss the action with prejudice.

Accordingly, it is hereby ORDERED that the Motion to Dismiss (Doc. #45) is GRANTED.  The Motion for Reconsideration in Light of New Evidence (Doc. #43) is DENIED as moot.

The case is DISMISSED with prejudice.

Done this 19th day of August, 2016.

                                                               /s/ W. Harold Albritton  
                                                               W.   HAROLD ALBRITTON  
                                                               SENIOR UNITED STATES DISTRICT JUDGE